IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 13-cv-02157-RBJ | Date: February 6, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| KSB TRUCKING LLC | *Adam F. Aldrich via telephone* |
| | *Philip E. Johnson via telephone* |
| **Plaintiff(s)** | |
| v. | |
| STAG ENERGY SERVICES LLC | *David J. Dansky via telephone* |
| **Defendant(s)** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONE DISCOVERY HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel.

Discussion held on discovery dispute.

**ORDERED:** The Court FINDS the defendant has not complied with discovery. Defendant is to provide a completely new set of responses to discovery that is responsive and provides the information requested within ten (10) days of today's date.

If responsive answers are not provided as indicated, the defendant will be violating a court order and will be subject to sanctions. In addition, the Court will strictly limit their defense to the answers provided.

Court in Recess: 10:11 a.m.          Hearing concluded.          Total time in Court: 00:11